# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| LEPROWSE CONTRACTING, INC., a Montana Corporation, and PAUL LEPROWSE, individually,<br><br>      Plaintiffs,<br><br>vs.<br><br>EDWARD BEAUDETTE, individually, and KATHLEEN TERRIO, individually,<br><br>      Defendants. | CV-21-45-H-BMM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

UPON REVIEW of the Stipulation for Dismissal with Prejudice executed by the parties, and for good cause appearing:

IT IS HEREBY ORDERED that this lawsuit is dismissed in its entirety with prejudice. Each party shall bear their own costs and fees.

DATED this 14th day of February, 2022.

_____
Brian Morris, Chief District Judge
United States District Court